# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**LOGAN DRINKARD,**

    Petitioner,

**v.**                                                             Case No.  3:17-cv-338-LC/MJF

**SECRETARY, DEPARTMENT OF CORRECTIONS,**

    Respondent.

_____/

## **ORDER**

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated April 29, 2019. (Doc. 25). The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the objections filed.

After reviewing the Report and Recommendation and the objections thereto, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The Magistrate Judge's Report and Recommendation (Doc. 25) is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (Doc. 5), challenging the judgment of conviction and sentence in *State of Florida v. Logan Brooks Drinkard*, Santa Rosa County Circuit Court Case No. 2011-CF-1806, is **DENIED**.

3. The Clerk of Court is directed to close the file.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 5th day of June, 2019.

s/*L.A.COLLIER*        .
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**